**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company, MSPA CLAIMS 1, LLC, a Florida limited liability company, and SERIES PMPI, a designated series of MAO-MSO RECOVERY II LLC, a Delaware series limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED THERAPEUTICS CORPORATION, a Delaware corporation, and CARING VOICE COALITION, a nonprofit corporation <br><br> Defendants. | No. 1:18-cv-24398-CMA |

**PLAINTIFFS' CORPORATE DISCLOSURE**
**STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Plaintiffs, MSP Recovery Claims, Series LLC ("MSPRC"), MSPA Claims 1, LLC ("MSPA"), and Series PMPI, a designated series of MAO-MSO Recovery II LLC ("MAO-MSO") (hereinafter collectively "Plaintiffs"), submit their Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and Certificate of Interested Persons including a complete list of any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Plaintiffs:

1. MSP Recovery Claims, Series LLC, a Delaware series limited liability company, *Plaintiff*

2. VRM MSP Recovery Partners, LLC, a Delaware limited liability company, *Sole Member of Plaintiff, MSP Recovery Claims, Series LLC*.

3. MSP Recovery Law Firm, *Counsel for Plaintiff*

4. MAO-MSO Recovery II, LLC, is owned by RD Legal Finance, LLC, and MSP Recovery, LLC.

5. SERIES PMPI is a designated series of MAO-MSO Recovery II, LLC.

6. MSP Recovery, LLC, has no parent corporation.

7. MSPA Claims 1, LLC, is owned by MSP Recovery Services, LLC.

8. There is no publicly held corporation that owns 10% or more of its stock for any of the entities listed above.

Dated: November 5, 2018

Respectfully submitted,

**MSP RECOVERY LAW FIRM**
5000 SW 75 Avenue, Suite 300
Miami, Florida 33155
Phone: (305) 614-2222
Serve: serve@msprecovery.com

By: */s/ John H. Ruiz*
John H. Ruiz, Esq., Fla. Bar No. 928150
Frank C. Quesada, Esq., Fla. Bar No. 29411

## CERTIFICATE OF SERVICE

I certify that on November 5, 2018, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

*/s/ John H. Ruiz*
John H. Ruiz, Esq.

## SERVICE LIST

**Stacy J. Rodriguez**
**Valerie B. Greenberg**
**Jonathan Dov Lamet**
**Marcy Levine Aldrich**
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Telephone:      (305) 374-5600
Fax:               (305) 374-5095
E-mail:          stacy.rodriguez@akerman.com
                    valerie.greenberg@akerman.com
                    jonathan.lamet@akerman.com
                    marcy.aldrich@akerman.com
*Counsel for Defendant*


**Joseph E.H. Atkinson** *pro hac vice*
HANCOCK DANIEL
4701 Cox Road, Suite 400
Glenn Allen, VA  23060
Telephone: (804) 967-9604
*Counsel for CVC*

**Lorenz Michel Prüss, Esq.**
Fla. Bar No.: 581305
LPruss@dkrpa.com
DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920
Facsimile: (305) 374-1961
*Local Counsel for CVC*