UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24398-CIV-ALTONAGA/Goodman

**MSPA CLAIMS 1,
LLC**, *et al.*,

      Plaintiffs,

v.

**UNITED THERAPEUTICS CORPORATION**
and **CARING VOICE COALITION**,

      Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on multiple Motions to Appear *Pro Hac Vice* [ECF Nos. 36–39] filed on behalf of Plaintiffs. The Court initially entered Paperless Orders (*see* [ECF Nos. 41–44]) granting the Motions. Since then, however, the Clerk of Court has entered a Notice of Noncompliance with the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys. Specifically, the named Local Counsel for Plaintiffs, Frank C. Quesada, allowed the Motions to be filed on CM/ECF with John Ruiz's ECF credentials. (*See generally* Mots.).

The Court requires clarification on why Plaintiffs' Local Counsel, Mr. Quesada, caused the Motions to be filed with the ECF credentials of another attorney, Mr. Ruiz, in contravention of the CM/ECF Procedures, Local Rule 3 governing the membership of attorneys in the Bar of this Court, and Local Rule 4(a) regarding the appearances of attorneys in the Courts of this District.

Accordingly, it is

**ORDERED and ADJUDGED** as follows:

1. The Paperless Orders **[ECF Nos. 41–44]** are **SET ASIDE**.

2. The Motions to Appear *Pro Hac Vice* **[ECF Nos. 36–39]** are **DENIED without prejudice**.

3. On or before **November 16, 2018,** Plaintiff's Local Counsel, Frank C. Quesada, shall file a memorandum addressing the filing of the Motions **[ECF Nos. 36–39]** and explaining why he used Mr. Ruiz's ECF credentials in filing the Motions, in contravention of the Rules.

**DONE AND ORDERED** in Miami, Florida, this 15th day of November, 2018.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record